# Third District Court of Appeal
## State of Florida

Opinion filed March 23, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2103
Lower Tribunal Nos. F05-31667B, F05-31668B, F05-32228B, F05-32515B,
and F13-17135

_____

**Anthony Willard Johnson,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Jose L. Fernandez, Judge.

Anthony Willard Johnson, in proper person.

Ashley Moody, Attorney General, for appellee.


Before FERNANDEZ, C.J., and LINDSEY, and LOBREE, JJ.

PER CURIAM.

Affirmed.